UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

| | |
|---|---|
| NICOLE BALTES, JEANNE FRANKS, ABBY HARE, DARCY SLADE, BREANNE PAULIK, TALAINA PINKERTON, DANIELLE SNYDER AND CARRIE ZOOK, | )<br>)<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Cause No: 4:20-cv-00067 JVB-JPK<br>) |
| WHITE COUNTY, WHITE COUNTY SHERIFF'S DEPARTMENT, BILL BROOKS, PATRICK SHAFER, DAVID ROTH, EVAN MORROW, RYAN GLOVER AND MARK HELMS, | )<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## NOTICE OF AGREEMENT TO INITIAL EXTENSION OF TIME TO RESPOND TO COMPLAINT

Come now the defendants, White County, White County Sheriff's Department, Bill Brooks, David Roth, Evan Morrow, Ryan Glover, Patrick Shafer and Mark Helms, and pursuant to L.R. 6-1(b) report that the parties have conferred, through counsel, and agreed to an initial extension of time within which defendants must respond to the complaint, through October 8, 2020. The deadline has not been previously extended and is for 28 days. The original deadline was September 10, 2020.

        Respectfully submitted,

        STEPHENSON MOROW & SEMLER


        */s/ James S. Stephenson*
        James S. Stephenson, Atty No. 11434-98
        Attorney for Defendants
        White County, White County Sheriff's
        Department, Bill Brooks, David Roth,
        Evan Morrow, Ryan Glover, Patrick
        Shafer and Mark Helms

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 1, 2020, a copy of this document was filed electronically. Notice of this filing will be sent to the following persons by operation of the court's electronic filing system. Parties may access this filing through the court's system.

        Miranda W. Bernadac
        mbernadac@rbelaw.com
        Eric M. Hylton
        ehylton@rbelaw.com
        RILEY BENNETT EGLOFF LLP
        500 N. Meridian Street, Suite 550
        Indianapolis, IN  46204


        */s/ James S. Stephenson*
        James S. Stephenson

STEPHENSON MOROW & SEMLER
3077 East 98th Street, Suite 240
Indianapolis, IN 46280
Phone:   (317) 844-3830
Fax:     (317) 573-4194
Email:   jstephenson@stephlaw.com

20-7176.bb