# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| NICOLE BALTES, JEANNE FRANKS, ABBY HARE, BREANNE PAULIK, TALAINA PINKERTON, DARCY SLADE, DANIELLE SNYDER, and CARRIE ZOOK,<br><br>   Plaintiffs,<br><br>  v.<br><br>WHITE COUNTY, WHITE COUNTY SHERIFF'S DEPARTMENT, BILL BROOKS, DAVID ROTH, EVAN MORROW, RYAN GLOVER, PATRICK SHAFER and MARK HELMS,<br><br>   Defendants. | Case No. 4:20-cv-67 JVB-JPK |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs hereby voluntarily dismiss all claims against Defendant Patrick Shafer with prejudice, with each party to bear their own costs as to claims against Defendant Shafer. Plaintiffs' claims against all other Defendants remain pending.

Date: April 20, 2021             Respectfully Submitted,

/s/ Elizabeth Mazur             /s/ Matthew B. Knight (with permission)
*Counsel for Plaintiffs*            *Counsel for Defendant Patrick Shafer*

Matthew J. Piers              Matthew B. Knight
Kate E. Schwartz              Taylor Rasey
Elizabeth Mazur               Knight, Hoppe, Kurnik, & Knight, Ltd.
Hughes Socol Piers Resnick & Dym, Ltd.    5600 N. River Road, Suite 600
70 West Madison Street, Suite 4000      Rosemont, IL 60018
Chicago, Illinois 60602           Mknight@khkklaw.com
mpiers@hsplegal.com            Trasey@khkklaw.com
kschwartz@hsplegal.com
emazur@hsplegal.com

Alice O'Brien
Evan Curdts
National Education Association
1201 16th St NW Ste 819
Washington, DC 20036
aobrien@nea.org
ecurdts@nea.org

Eric M. Hylton
Miranda W. Bernadac
Riley Bennett & Egloff LLP
500 N Meridian St., Ste. 550
Indianapolis, IN 46204
ehylton@rbelaw.com
mberadac@rbelaw.com

/s/ Pamela G. Schneeman (with permission)
*Counsel for Defendants White County, White County Sheriff's Department, Bill Books, David Roth, Evan Morrow, Ryan Glover, and Mark Helms*

James S. Stephenson
Pamela G. Schneeman
Stephenson, Morow, and Selmer
3077 East 98th Street, Suite 240
Indianapolis, IN 46280
jstephenson@stephlaw.com
pschneeman@stephlaw.com

## CERTIFICATE OF SERVICE

I, Elizabeth Mazur, an attorney, certify that on April 20, 2021 I filed this Stipulation of Voluntary Dismissal by the Court's CM/ECF System thereby serving a copy of the same on all counsel of record in this matter.

/s/Elizabeth Mazur

2