UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

| | |
|---|---|
| NICOLE BALTES, *et al.*,<br>    Plaintiffs, | )<br>)<br>) |
| v. | ) CAUSE NO.: 4:20-CV-67-JVB-JPK<br>) |
| WHITE COUNTY, *et al.*,<br>    Defendants. | )<br>)<br>) |

## ORDER

This matter is before the Court on a Stipulation of Dismissal [DE 54], filed by the parties on April 20, 2021.

Noting the agreement of the parties and finding that the terms of dismissal are proper, the Court hereby **GRANTS** the relief requested in the Stipulation of Dismissal [DE 54] and **DISMISSES with prejudice** the claims against Patrick Shafer. All other claims remain pending.

SO ORDERED on April 21, 2021.

s/ Joseph S. Van Bokkelen
JOSEPH S. VAN BOKKELEN, JUDGE
UNITED STATES DISTRICT COURT