UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE



-FILED-

JUL 0 7 2021

At _____ M
GARY T. BELL, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| NICOLE BALTES, JEANNE FRANKS, ABBY HARE, BREANNE PAULIK, TALAINA PINKERTON, DARCY SLADE, DANIELLE SNYDER, and CARRIE ZOOK, <br><br> Plaintiffs, <br><br> v. <br><br> WHITE COUNTY, WHITE COUNTY SHERIFF'S DEPARTMENT, BILL BROOKS, DAVID ROTH, EVAN MORROW, RYAN GLOVER, PATRICK SHAFER, and MARK HELMS, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 4:20-cv-JVB-JPK |

## REPORT OF MEDIATOR

Pete Schroeder reports to the Court that this case was mediated on June 29, 2021, and a settlement was reached.

NORRIS CHOPLIN SCHROEDER LLP

/s/ *Peter A. Schroeder*
Peter A. Schroeder (#1587-49)
Mediator

NORRIS CHOPLIN SCHROEDER LLP
101 West Ohio Street / Ninth Floor
Indianapolis, IN 46204-4213
317-269-9330; Fax: 317-269-9338

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was mailed on July 1, 2021, to:

Eric M. Hylton
RILEY BENNETT EGLOFF, LLP
500 N. Meridian Street, Suite 550
Indianapolis, IN 46204

Jason Walts
NATIONAL EDUCATION ASSOCIATION
1201 16th Street, NW
Washington, D.C. 20036

Elizabeth Mazur
Kate E. Schwartz
HUGHES SOCOL PIERS RESNICK & DYM, LTD.
70 W. Madison, Suite 400
Chicago, IL 60602

James S. Stephenson
Pamela G. Schneeman
STEPHENSON MOROW & SEMLER
3077 E. 98th Street, Suite 240
Indianapolis, IN 46280


/s/Peter A. Schroeder
Peter A. Schroeder