UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

| | |
|---|---|
| NICOLE BALTES, JEANNE FRANKS, ABBY HARE, DARCY SLADE, BREANNE PAULIK, TALAINA PINKERTON, DANIELLE SNYDER AND CARRIE ZOOK, | )<br>)<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Cause No: 4:20-cv-00067 JVB-JPK<br>) |
| WHITE COUNTY, WHITE COUNTY SHERIFF'S DEPARTMENT, BILL BROOKS, DAVID ROTH, EVAN MORROW, RYAN GLOVER AND MARK HELMS, | )<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to F.R.C.P. 41(a)(1)(A)(ii), the plaintiffs, Nicole Baltes, Jeanne Franks, Abby Hare, Darcy Slade, Breanna Paulik, Talaina Pinkerton, Danielle Snyder and Carrie Zook, by counsel, hereby stipulate to the dismissal of this cause with prejudice, each party bearing his own costs.

*/s/ Elizabeth Mazur (with permission)*
Elizabeth Mazur, Atty No. 62900163 (IL)

*/s/ Kate E. Schwartz (with permission)*
Kate E. Schwartz

Attorneys for Plaintiffs
Nicole Baltes, Jeanne Franks, Abby Hare
Darcy Slade, Breanne Paulik, Talaina Pinkerton,
Danielle Snyder and Carrie Zook

*/s/ James S. Stephenson*
James S. Stephenson, Atty No 11434-98
Attorney for Defendants
White County, White County Sheriff's
Department, Bill Brooks, David Roth,
Evan Morrow, Ryan Glover, Mark Helms

## **CERTIFICATE OF SERVICE**

  I hereby certify that on August 6, 2021, a copy of the foregoing \was filed electronically. Notice of this filing will be sent to the following persons by operation of the court's electronic filing system. Parties may access this filing through the court's system.

Miranda W. Bernadac
Eric M. Hylton
RILEY BENNETT EGLOFF LLP
500 N. Meridian Street, Ste. 550
Indianapolis, IN 46204
mbernadac@rbelaw.com
ehylton@rbelaw.com

Alice O'Brien
Evan Curdts
National Education Association
1201 16th Street, NW
Washington, D.C. 20036
aobrien@nea.org
ecurdts@nea.org

Elizabeth Mazur
Kate E. Schwartz
Matthew Piers
HUGHES SOCOL PIERS RESNICK &
DYM LTD.
70 W. Madison, Ste. 400
Chicago, IL 60602-4205
emazur@hsplegal.com
kschwartz@hsplegal.com
mpiers@hsplegal.com

             */s/ James S. Stephenson*
             James S. Stephenson

STEPHENSON MOROW & SEMLER
3077 East 98th Street, Suite 240
Indianapolis, IN 46280
Phone: (317) 844-3830
Fax:  (317) 573-4194
Email: jstephenson@stephlaw.com

20-7176.bb